UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DOROTHEA LIPSCOMB, Plaintiff, :
v. : CA 08-142 ML
MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, Defendant. :

**ORDER**
**TO SUPPLEMENT**
**AFFIDAVIT**

Plaintiff Dorothea Lipscomb ("Plaintiff") seeks judicial review pursuant to 42 U.S.C. § 405(g), see Complaint (Document ("Doc.") #1), and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a), see Motion to Proceed in Forma Pauperis (Doc. #2). The accompanying Application to Proceed in Forma Pauperis and Affidavit ("Affidavit") refers to a personal injury settlement. The Court directs Plaintiff to supplement her Affidavit by providing the date she received the settlement. The Court will thereafter rule upon Plaintiff's Motion.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
April 21, 2008