UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOROTHEA LIPSCOMB, Plaintiff, | : | |
| v. | : | CA 08-142 ML |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, Defendant. | : | |

**ORDER**
**TO SHOW CAUSE**

Plaintiff Dorothea Lipscomb ("Plaintiff") is directed to show cause, in writing, by **June 6, 2008**, why her Motion to Proceed in Forma Pauperis (Document ("Doc.") #2) should not be denied for failure to comply with this Court's April 21, 2008, order directing her to supplement her Application to Proceed in Forma Pauperis and Affidavit. See Order to Supplement Affidavit (Doc. #3).

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
May 23, 2008