UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

DOROTHEA LIPSCOMB

v. C.A. No. 08-142ML

Michael J. Astrue, Commissioner
Social Security Administration

ORDER

This matter is hereby referred to Magistrate Judge David L. Martin for a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

ENTER:

Mary M. Lisi
Mary M. Lisi
Chief U.S. District Judge
September 8, 2008

BY ORDER:

Barbara Barletta
Deputy Clerk