UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOROTHEA LIPSCOMB, Plaintiff, | : | |
| v. | : | CA 08-142 ML |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, Defendant. | : | |

**ORDER**

The instant case has been referred to me for findings and recommended disposition. To facilitate a speedy and just disposition of the same, the parties shall adhere to the following procedure.

Plaintiff shall have to and including Monday, November 10, 2008, to file a motion to modify, reverse, or remand the decision of the Commissioner. Said motion shall be accompanied by a memorandum containing a clear and concise statement of the relevant facts based on the record, a clear and concise statement of the Administrative Law Judge's findings which are challenged, and a detailed discussion of the issues addressed.

Defendant shall have to and including Wednesday, December 10, 2008, to file a motion to affirm the decision of the Commissioner. Said motion shall be accompanied by a memorandum containing a clear and concise statement of the relevant facts based on the record and specifically addressing the issues raised by Plaintiff, along with any further issues Defendant believes are relevant and appropriate for the court's consideration.

Plaintiff shall have to and including Wednesday, December 24, 2008, to file a brief reply memorandum addressing issues raised in Defendant's memorandum and not fully discussed in

his/her original memorandum.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
September 10, 2008